UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 09-09-KSF

JEANNIE ADAMS                                                                                           PLAINTIFF

v.                                           **JUDGMENT**

MICHAEL J. ASTRUE, Commissioner
of Social Security                                                                                     DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \*

The court, having affirmed the decision of the Commissioner, enters judgment in favor of the defendant Commissioner.

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** order.

This matter is **STRICKEN** from the court's active docket.

This December 29, 2009.



Signed By:
*Karl S. Forester*  KSF
United States Senior Judge